UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM WEST,<br><br>                     Plaintiff,<br><br>                -against-<br><br>GREYSTONE ALLIANCE, LLC,<br><br>                    Defendant. | **VERIFIED COMPLAINT and DEMAND FOR JURY TRIAL** |

NOW COMES Plaintiff, William West, ("Plaintiff"), by and through his attorneys, Krohn & Moss, Ltd., for his Verified Complaint against Defendant, Greystone Alliance, LLC, ("Defendant"), alleges as follows:

### Nature of the Action

1. This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### Parties

2. Plaintiff is a natural person residing in Sharon Hill, County of Delaware, Pennsylvania.

3. Defendant is a corporation having its principal place of business located in Buffalo, New York.

4. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6).

5. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

6. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

7. Because Defendant is located in the state of New York and conducts business in the state of New York, personal jurisdiction is established.

8. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

## Factual Allegations

9. Defendant placed collection calls to Plaintiff seeking to speak with 'Tameka Jones.'

10. Defendant called Plaintiff approximately twice a month from telephone number 716-218-4861.

11. Defendant called Plaintiff's cell phone number 610-772-5511 more than twelve times.

12. Defendant continued to call Plaintiff despite Plaintiff informing Defendant that 'Tameka Jones' is not available at Plaintiff's phone number and to stop calling Plaintiff.

13. Defendant told Plaintiff that Plaintiff's telephone number would be placed on Defendant's do not call list yet Defendant continued to call Plaintiff.

## CLAIM FOR RELIEF

14. Defendant's violations of the FDCPA include, but are not limited to, the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff;

b. Defendant violated §1692d(5) of the FDCPA by causing a telephone call to ring and/or engaging Plaintiff in telephone conversations repeatedly and/or continuously with the intent to annoy, abuse or harass the Plaintiff;

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

(1) Statutory damages of $1,000.00, pursuant to 15 U.S.C. § 1692k;

(2) Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

(3) Awarding such other and further relief as may be just, proper and equitable.

Dated:      December 21, 2010

KROHN & MOSS, LTD.

By: _____
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-289-0898
ahill@consumerlawcenter.com
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, William West, hereby demands a jury trial in this matter.

## VERIFICATION

STATE OF PENNSYLVANIA)

COUNTY OF DELAWARE)

Plaintiff, WILLIAM WEST, being duly sworn, deposes and says:
1. I am the Plaintiff in this civil proceeding;
2. I have read the foregoing Verified Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3. I belief that this civil Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it;
6. Each and every exhibit I have provided to my attorneys, which has/have been attached to this Complaint, is/are true and correct copy(s) of the original(s); and
7. Except for clearly indicated redactions made by my attorneys where appropriate. I have not altered, changed, modified or fabricated the exhibit(s), except that some of the attached may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, WILLIAM WEST, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 11/30/10

_____
WILLIAM WEST